UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GAVINO ANILLO TAPIA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ERIC H. HOLDER, JR., U.S.<br>ATTORNEY GENERAL, *et al*.,<br><br>　　　　　　Defendant. | 2:010-cv-0782-GMN-RJJ<br><br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on November 16, 2010, and December 30, 2010.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  16th  day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge