1

TONY WEST
Assistant Attorney General

2

JOSHUA E.T. BRAUNSTEIN
Assistant Director

3

United States Department of Justice
Civil Division

4

Office of Immigration Litigation
District Court Section

5

P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044

6

Tel: (202) 305-0194
Fax: (202) 305-7000

7

Email: Joshua.Braunstein@usdoj.gov

8

Attorneys for Defendants

9

UNITED STATES DISTRICT COURT

10

DISTRICT OF NEVADA

11

| | |
|---|---|
| GAVINO ANILLO TAPIA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:10-cv-782 GMN-RJJ |
| v. ) | |
| ) | JOINT STIPULATION OF VOLUNTARY |
| ERIC H. HOLDER, JR., ) | DISMISSAL WITH PREJUDICE |
| U.S. ATTORNEY GENERAL, ) | |
| et al., ) | **AND ORDER** |
| ) | |
| Defendants. ) | |

12

13

14

15

16

17

18

19

    Federal Rule of Civil Procedure 41(a)(1)(A)(ii) permits voluntary dismissal

20

after an answer is filed, by "a stipulation of dismissal signed by all parties who

21

have appeared."  Plaintiff, Gavino Anillo Tapia, and Federal Defendants hereby

22

stipulate to a voluntary dismissal of all claims asserted against Federal Defendants

23

with prejudice, and with each party to bear its own costs and fees.

//

24

25

//

26

27

//

28

Submitted by:

TONY WEST
Assistant Attorney General

/s/ Seth Reszko
SETH RESZKO, ESQ.
Reza Athari & Associates, PLLC
6235 S. Pecos Rd., Suite 109
Las Vegas, NV 89120
sethreszko@atharilaw.com

Attorney for Plaintif

/s/ Joshua E. T. Braunstein
JOSHUA E. T. BRAUNSTEIN
Assistant Director
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: (202) 305-0194
Fax: (202) 305-7000
Joshua. Braunstein@usdoj.gov

Attorneys for Defendants

**IT IS SO ORDERED** this 13th day of February, 2012.

_____
Gloria M. Navarro
United States District Judge