TONY WEST
Assistant Attorney General
JOSHUA E.T. BRAUNSTEIN
Assistant Director
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868 Ben Franklin Station
Washington, D.C.  20044
Tel: (202) 305-0194
Fax: (202) 305-7000
Email: Joshua.Braunstein@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GAVINO ANILLO TAPIA,<br><br>        Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br>U.S. ATTORNEY GENERAL,<br>et al.,<br><br>        Defendants. | Case No. 2:10-cv-782 GMN-RJJ<br><br>JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>**AND ORDER** |

    Federal Rule of Civil Procedure 41(a)(1)(A)(ii) permits voluntary dismissal after an answer is filed, by "a stipulation of dismissal signed by all parties who have appeared."  Plaintiff, Gavino Anillo Tapia, and Federal Defendants hereby stipulate to a voluntary dismissal of all claims asserted against Federal Defendants with prejudice, and with each party to bear its own costs and fees.

//

//

//

Submitted by:

|  |  |
|---|---|
|  | TONY WEST<br>Assistant Attorney General |
| /s/ Seth Reszko<br>SETH RESZKO, ESQ.<br>Reza Athari & Associates, PLLC<br>6235 S. Pecos Rd., Suite 109<br>Las Vegas, NV 89120<br>sethreszko@atharilaw.com<br><br>Attorney for Plaintif | /s/ Joshua E. T. Braunstein<br>JOSHUA E. T. BRAUNSTEIN<br>Assistant Director<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868 Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-0194<br>Fax: (202) 305-7000<br>Joshua.Braunstein@usdoj.gov<br><br>Attorneys for Defendants |

**IT IS SO ORDERED** this 13th day of February, 2012.

_____
Gloria M. Navarro
United States District Judge